ARMETTE M. KLINKE, Appellant, v. CHARLES SAMUELS, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Question to be certified. Order resettled by striking therefrom

* Affd., 264 N. Y. 681.

the words " and the facts." Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ. Settle order on notice. [See 240 App. Div. 1008.]